UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1317-DFH-JMS |
| ) | |
| VICTOR'S AUTO WORLD, INC. and ) | |
| VISHAMBER TUKREL, ) | |
| ) | |
| Defendants ) | |

FINAL JUDGMENT

The court having this day granted plaintiff's unopposed motion for summary judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Automotive Finance Corporation recover from defendant Victor's Auto World, Inc., and defendant Vishamber Turkel, jointly and severally, the sum of Four Hundred Ninety-One Thousand Three Hundred Thirty Dollars and 46 cents ($491,330.46), plus costs and attorney fees of Three Thousand One Hundred Thirteen Dollars and zero cents ($3,113.00).

Date: April 4, 2007

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Copies to:

David J. Jurkiewicz
Carina M. de la Torre
Bose McKinney & Evans LLP
2400 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana 46204

KC Cohen
151 North Delaware Street
      Suite 1104
Indianapolis, Indiana 46204